IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JODY ALLEN HUSTON,<br><br>Defendant. | CR 14-01-M-KLD<br><br>**ORDER** |

Before the Court is Defendant's Unopposed Motion to Vacate Preliminary Hearing. (Doc. 51.) Good cause appearing, IT IS HEREBY ORDERED that the Preliminary Hearing presently set for July 17, 2020, at 10:30 a.m. is VACATED.

DATED this 15th day of July, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge